UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14014-CR-MOORE

**UNITED STATES OF AMERICA,**

        Plaintiff(s),

vs.

**REGINALD CHARLES FYNE,**

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued March 28, 2007 (D. E. #23). After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued March 28, 2007 (D.E. #23) is hereby **ADOPTED**. The defendant Reginald Charles Fyne is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of April, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record